JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL QUBADI,<br><br>Plaintiff,<br><br>vs.<br><br>MARK HAZUDA, Director, Nebraska Service Center, United States Citizenship and Immigration Services,<br><br>Defendant. | CASE NO. CV 14-06310 MMM (PJWx)<br><br>JUDGMENT FOR DEFENDANT |

On April 30, 2015, the court entered an order granting defendant's motion to dismiss for lack of subject matter jurisdiction. Accordingly,

IT IS ORDERED AND ADJUDGED this this action be dismissed without prejudice for lack of subject matter jurisdiction.

DATED: April 30, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE