UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL QUBADI,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARK HAZUDA, Director, Nebraska Service Center, United States Citizenship and Immigration Services,<br><br>    Defendant. | CASE NO. CV 14-06310 MMM (PJWx)<br><br>AMENDED JUDGMENT FOR DEFENDANT |

  On April 30, 2015, the court entered an order granting defendant's motion to dismiss for lack of subject matter jurisdiction. On August 10, 2015, the court entered an order denying defendant's motion to dismiss on reconsideration, and granting defendant's motion for summary judgment. Accordingly,

    IT IS ORDERED AND ADJUDGED that:

    1. Qubadi take nothing by way of his complaint; and

    2. That this action be, and it is hereby, dismissed with prejudice.

DATED: August 10, 2015

                     /s/ Margaret M. Morrow
                     MARGARET M. MORROW
                     UNITED STATES DISTRICT JUDGE